ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Greenway Enterprises, Inc. | ) ASBCA No. 59629 |
| | ) |
| Under Contract No. N39996-05-C-9516 | ) |

APPEARANCES FOR THE APPELLANT:     Palmer Hoovestal, Esq.
                                                                        Hoovestal Law Firm, PLLC
                                                                        Helena, MT

                                                                        Edward J. Parrott, Esq.
                                                                        Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
                                                                        McLean, VA

APPEARANCES FOR THE GOVERNMENT:     Craig D. Jensen, Esq.
                                                                        Navy Chief Trial Attorney
                                                                        Matthew D. Bordelon, Esq.
                                                                        David Koman, Esq.
                                                                        Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  February 11, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59629, Appeal of Greenway Enterprises, Inc., rendered in conformance with the Board's Charter.

Dated:  February 11, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals